**JESSE S. KAPLAN    CSB#103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA   95608**
**916/488-3030**
**916/489-9297 fax**

**Attorney for Plaintiff**
**JOHN BRADLEY**

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA
-o0O0o-

| | |
|---|---|
| **JOHN BRADLEY,** | No.   2:15-cv-01026-EFB |
| Plaintiff, | |
| | **STIPULATION AND  [proposed] ORDER FOR EXTENSION OF PLAINTIFF'S TIME TO FILE MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| **CAROLYN COLVIN, Acting Commissioner of Social Security,** | |
| Defendant. | |
| _____/ | |

    IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a motion for summary judgment is extended to December 30, 2015.

    This extension is requested because of a combination of work and the vacation schedule on the part of plaintiff's counsel.

1

Dated: November 25, 2015                    /s/   *Jesse S. Kaplan*
                                            JESSE S. KAPLAN
                                            Attorney for Plaintiff


Dated: November 25, 2015                     */s/ per e-mail authorization*

                                            ESTHER KIM
                                            Special Assistant U.S. Attorney
                                            Attorney for Defendant


## **ORDER**


For good cause shown on the basis of this stipulation, the requested extension of plaintiff's time to file a motion for summary judgment brief is extended to December 30, 2015.

SO ORDERED.

Dated:  November 30, 2015.          _____
                                    EDMUND F. BRENNAN
                                    UNITED STATES MAGISTRATE JUDGE

2